**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| FYR SFR BORROWER, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:26-CV-05249-ELR |
| | * | |
| MARGIE SHANTEL WALKER and ALL OTHER OCCUPANTS, | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

# ORDER

This case is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R"). [Doc. 3]. The district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The R&R recommends that the Court remand this dispossessory action for lack of subject matter jurisdiction. Defendant has not objected to the R&R, and the time for such a filing has passed. [See Doc. 4]; see also Fed. R. Civ. P. 6(d). In the absence of objections, the undersigned has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781,

784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The undersigned finds no error.

Accordingly, the undersigned **ADOPTS** the R&R, [Doc. 3], as the order of this Court. For the reasons stated in the R&R, the Court **REMANDS** this case to the Magistrate Court of Clayton County, Georgia.

**SO ORDERED**, this 6th day of October, 2026.

Eleanor L. Ross
Eleanor L. Ross
United States District Judge
Northern District of Georgia