**Ashleigh White**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Tuesday, October 6, 2026 2:54 PM |
| **To:** | Ashleigh White |
| **Subject:** | Filing Submitted for Case: 2026CM13605; ; Envelope Number: 23141718 |

CAUTION - EXTERNAL:

# Filing Submitted

Envelope Number: 23141718
Case Number: 2026CM13605
Case Style:

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Clayton County |
| **Date/Time Submitted** | 10/6/2026 2:53 PM EST |
| **Filing Type** | Letter to Judge - Not Answer |
| **Filing Description** | Order of Remand-Northern District of GA |
| **Type of Filing** | EFile |
| **Filed By** | Asheigh White |
| **Filing Attorney** | Kevin Weimer |

**Fee Details**

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

| | |
|---|---|
| Waiver Selected | |
| Case Fees | $0.00 |
| Letter to Judge - Not Answer | $0.00 |
| Grand Total | $0.00 |

**Total:**$0.00

**Document Details**

| | |
|---|---|
| **Lead Document** | show_temp-352.pdf |
| **Lead Document Page Count** | 2 |
| **File Copy** | Download Document |
| This link is active for 90 days. | |

For technical assistance, contact your service provider

Need Help? Help

No Lawyer? Start Here
Visit: https://georgia.tylertech.cloud/ofsweb
Email:efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.